IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-21-FL-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MIGUEL SALGADO-NARANJO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court with regard to Defendant's Motion to Suppress [DE-76]. A hearing on the motion will be held on **Tuesday, June 5, 2018, at 10:30 a.m.** in Courtroom 1 of the Alton Lennon Federal Building in Wilmington, North Carolina.

The United States Attorney's Office is directed to make the necessary arrangements for Defendant's appearance at the hearing.

SO ORDERED, this the 17th day of May 2018.

Robert B. Jones, Jr.
United States Magistrate Judge