UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-00021-FL-3

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| MIGUEL SALGADO-NARANJO | |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Motion to Continue the Suppression Hearing, which is docket entry number 98. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the  27th  day of   June   , 2018.

_____
LOUISE W. FLANAGAN
United States District Judge