UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-00021-FL-3

UNITED STATES OF AMERICA

v.

MIGUEL SALGADO-NARANJO

ORDER

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Motion for Extension of Time to File Objections to the PSR and the Motion to Continue Sentencing, which is docket entry number 137. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the 18th day of March, 2019.

_____
THE HONORABLE LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT COURT JUDGE